IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, : <br> DEPARTMENT OF ENVIRONMENTAL      : <br> PROTECTION,                                           : <br>         Plaintiff                                       : <br>                                                              : <br>         v.                                                  : <br>                                                              : <br> BEAZER EAST, INC.; BOLDAN, INC.;            : <br> CARNEGIE MELLON UNIVERSITY;           : <br> CBS CORPORATION; and EXXONMOBIL : <br> CORPORATION,                                       : <br>         Defendants.                                 : | Civil Action No. 2:09-CV-1123 <br><br><br><br><br><br><br> (Electronically Filed) |

## CONCURRED-IN MOTION TO ENLARGE TIME TO ANSWER

Defendant Boldan, Inc. and Plaintiff Commonwealth of Pennsylvania, Department of Environmental Protection, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, based upon the Parties' continued settlement discussions, that the deadline for Defendant Boldan, Inc. to answer Plaintiff's Complaint is hereby extended until January 22, 2010.

By:  /s/ Edward S. Stokan  
Edward S. Stokan  
(PA. ID No. 46042  
400 Waterfront Drive  
Pittsburgh, PA  15222-4745  
(412) 442-4262  

Counsel for: Department of Environmental Protection  

By:  /s/ Michael T. Killion  
Michael T. Killion  
(PA ID No. 201923)  
213 Market Street, Third Floor  
Harrisburg, PA  17101  
(717) 237-4810  

Counsel for: Boldan, Inc.

Dated: October 20, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not, as of the time of this filing, authorized to receive electronically Notices of Electronic Filing.

**By ECF:**

Edward S. Stokan
Assistant Counsel
Department of Environmental Protection
400 Waterfront Drive
Pittsburgh, PA  15222-4745
Email: estokan@state.pa.us

*Counsel for Plaintiff*

Ryan D. Dahl, Esquire
Jones Day
500 Grant Street, 45th Floor
Pittsburgh, PA  15219
Email: rddahl@jonesday.com

*Counsel for Beazer East, Inc.*

David A. Rockman, Esquire
Erin W. McDowell, Esquire
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA  15219
Email: DRockman@eckertseamans.com

*Counsel for CBS Corporation*

**By first class, U.S. Mail:**

Walter P. DeForest, Esquire
David J. Berardinelli, Esquire
DeForest Koscelnik Yokitis Kaplan
  & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA  19103
*Counsel for Carnegie Mellon*

Ronald S. Cusano, Esquire
Schnader, Harrison Segal & Lewis
Fifth Avenue Place
120 Fifth Avenue
Suite 2700
Pittsburgh, PA  15222
*Counsel for Carnegie Mellon University*

Richard C. Biedrzycki, Esquire
Christopher H. Jones, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 John F. Kennedy Boulevard
Suite 1500
Philadelphia, PA  19103

*Counsel for Exxon Mobil Corporation*

_____/s/ Michael T. Killion_____