IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | ) ) ) ) | Civil Action No. 09 - 1123 |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BEAZER EAST, INC., et al, | ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS ORDERED** this 21st day of October, 2009, that no later than **October 30, 2009**, each party shall file the attached form with the Clerk of Court indicating whether they wish to consent to the jurisdiction of the undersigned Magistrate Judge or have a District Judge assigned to this case.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:    Counsel of record.